320 So.2d 726

**In re Johnny Daniel BEECHER**

**v.**

**STATE.**

**Ex parte Johnny Daniel Beecher.**

**SC 1054.**

Supreme Court of Alabama.

Jan. 16, 1975.

U. W. Clemon, Birmingham, and Elaine R. Jones and Jack Greenberg, New York City, for petitioner.

No brief for the State.

McCALL, Justice.

Writ denied.

MERRILL, COLEMAN, HARWOOD, BLOODWORTH and FAULKNER, JJ., concur.

HEFLIN, C. J., and MADDOX and JONES, JJ., dissent.

MADDOX, Justice (dissenting).

I would grant the writ merely to review the question concerning the comment made by the District Attorney in closing argument: "No one took the stand to deny it." My vote to grant the writ does not necessarily mean that I think the Court of Criminal Appeals erred, however.